Daniel G. Bogden
United States Attorney
Susan Cushman
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702)388-6336
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>SALEUMKIAT KAYARATH,<br><br>               Defendant. | Case Nos. 2:14-cr-0353-GMN-GWF<br>           2:15-cr-0305-KJD-NJK<br><br>**UNOPPOSED MOTION TO CONSOLIDATE** |

COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and Susan Cushman, Assistant United States Attorney, and hereby moves this Court for an order to consolidate this case with *United States v. Saleumkiat L. Kayarath,* case number 2:15-cr-0305-KJD-NJK for all further proceedings.

On October 29, 2014, a federal grand jury in the District of Nevada returned a nine-count criminal indictment charging Saleumkiat KAYARATH, Ardis Vanfossan, Chayphet Voravong, and John Tacorda with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii) and related offenses.  The case was assigned to Chief Judge Gloria M. Navarro.

1

On July 18, 2013, a federal grand jury in the District of Vermont returned a sealed two-count indictment charging KAYARATH  with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).  That has since been unsealed and the case has been transferred to the District of Nevada under Rule 20 and assigned Case No. 2:15-cr-305-KJD-NJK.

KAYARATH has entered into written plea agreements with the United States in both cases.  A change of plea in Case No. 2:14-cr-0353-GMN-GWF is scheduled for November 23, 2015 at 1:30 p.m..   In the interest of judicial economy, the United States respectfully requests this Court to order that this case be consolidated with Case No. 5:13-cr-104.  KAYARATH is prepared to enter a guilty plea in Case No. 2:15-cr-305-KJD-NJK and would like to do so on November 23, 2015.  The conduct in both cases is related.

Richard Schonfeld, Esq., counsel for defendant, was contacted by undersigned counsel and agrees with the proposed consolidation of the cases.

Dated this <u>3rd</u> day of November, 2015

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney


/s/Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

SO ORDERED
Dated:   November 3, 2015

GLORIA M. NAVARRO
Chief Judge United States District Court

3

1

2                        <u>CERTIFICATE OF SERVICE</u>

3          I certify that a copy of the foregoing motion was served on counsel of record

4   by email.

5                                    /s/ Susan Cushman

6                                    _____

7                                    SUSAN CUSHMAN, AUSA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4