**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:14-cr-353-GMN-GWF |
| v. ) | 2:15-cr-305-GMN-GWF |
| ) | |
| SALEUMKIAT KAYARATH, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for March 23, 2022, at 1:00pm be continued until after June 9, 2022, the status check date on the filing of a criminal complaint in the DUI arrest of the Defendant.

This Stipulation is entered into for the following reasons:

1. The parties have been engaged in dialogue toward a resolution of the pending Revocation of Supervised Release proceedings;

2. The State of Nevada has not filed a Criminal Complaint against the Defendant and a court date is scheduled for June 9, 2022, in the Las Vegas Justice Court for a status check on the filing of a complaint;

3. The parties need additional time and information to be able to meaningfully discuss a the potential resolution;

4. The Defendant consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing.

**DATED** this 17th day of March, 2022.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Susan Cushman* | */s/ Richard A. Schonfeld* |
| **SUSAN CUSHMAN, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. The parties have been engaged in dialogue toward a resolution of the pending Revocation of Supervised Release proceedings;

2. The State of Nevada has not filed a Criminal Complaint against the Defendant and a court date is scheduled for June 9, 2022, in the Las Vegas Justice Court for a status check on the filing of a complaint;

3. The parties need additional time and information to be able to meaningfully discuss a the potential resolution;

4. The Defendant consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice;

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for March 23, 2022, at 1:00pm, be continued to the ___22nd___ day of June, 2022, at the hour of _1:00 PM_.

**IT IS SO ORDERED.**

**DATED** this _17_ day of ___March___, 2022.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant