**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14-cr-353-GMN-GWF |
| | ) | |
| SALEUMKIAT KAYARATH, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for June 22, 2022, at 1:00 p.m. be continued for a period of sixty (60) days, but not to be set on August 11, 2022, or a time thereafter that is convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The Defendant Saleumkiat Kayarath has a case pending in the Las Vegas Justice Court in Case No. 22-CR-007025. The arrest in that case formed the basis of the revocation proceedings herein. A trial date of August 11, 2022, has been scheduled in that case.

2.	The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3.	Susan Cushman, AUSA has agreed to this request;

4.	The Defendant is not in custody consents to the continuance being sought herein;

5.	Additionally, denial of this request for continuance would result in a miscarriage of justice.

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing.  This is the second request.

**DATED** this ____ day of June, 2022.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Susan Cushman* | */s/ Richard A. Schonfeld* |
| **SUSAN CUSHMAN, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

# FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. The Defendant Saleumkiat Kayarath has a case pending in the Las Vegas Justice Court in Case No. 22-CR-007025. The arrest in that case formed the basis of the revocation proceedings herein. A trial date of August 11, 2022, has been scheduled in that case.

2. The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3. Susan Cushman, AUSA has agreed to this request;

4. The Defendant is not in custody consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for June 22, 2022, at 1:00pm, be continued to the 24th day of August 2022, at the hour of 10:00 a.m

**IT IS SO ORDERED.**

**DATED** this 21 day of June, 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant