**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
Attorney for Defendant, *SALEUMKIAT KAYARATH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>SALEUMKIAT KAYARATH, et al. )<br>)<br>      Defendant. )<br>_____ ) | 2:14-cr-353-GMN-GWF |

### STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING [4TH REQUEST]

**IT IS HEREBY STIPULATED AND AGREED,** by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH,** by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for September 20, 2022, at 11:00 a.m. be continued for a period of thirty (30) days, or a time thereafter that is convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

    1.    The Defendant Saleumkiat Kayarath is in the process of resolving the underlying State case, which would assist in facilitating a resolution to this matter;

    2.    The parties believe that judicial economy is better served to have a disposition in that

case prior to proceeding with the revocation proceedings herein;

3.  Susan Cushman, AUSA has agreed to this request;

4.  The Defendant is not in custody consents to the continuance being sought herein;

5.  Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing.  This is the fourth request.

**DATED** this 15th day of September, 2022.

**UNITED STATES ATTORNEY**

*/s/ Susan Cushman*
**SUSAN CUSHMAN, AUSA**
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff
Tel: (702) 388-6336

**CHESNOFF & SCHONFELD**

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Saleumkiat Kayarath
Tel: (702) 384-5563

2

### FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1.    The Defendant Saleumkiat Kayarath is in the process of resolving the underlying State case, which would assist in facilitating a resolution to this matter;

2.    The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3.    Susan Cushman, AUSA has agreed to this request;

4.    The Defendant is not in custody consents to the continuance being sought herein;

5.    Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing.  This is the fourth request.

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for September 20, 2022, at 11:00 a.m., be continued to the ____30th____ day of __November___, 2022, at the hour of __11:00 a.m__.

**IT IS SO ORDERED.**

**DATED** this 15 day of _September_, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

_/s/ Richard A. Schonfeld_
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant

3