Case 2:14-cr-00353-GMN-GWF   Document 212   Filed 05/31/23   Page 1 of 3

**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cr-305-GMN-GWF |
| | ) | 2:14-cr-353-GMN-GWF |
| SALEUMKIAT KAYARATH, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO CONTINUE THE REVOCATION OF SUPERVISED RELEASE SCHEDULED FOR JUNE 14, 2023

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for June 14, 2023, be continued to July 12, 2023 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing to July 12, 2023 at the hour of 9:00 a.m.

**DATED** this ___ day of May, 2023.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Susan Cushman* | */s/ Richard A. Schonfeld* |
| **SUSAN CUSHMAN, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

. . . .

. . . .

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for June 14, 2023 at the hour of 9:00 a.m. be continued to the 12th day of July, 2023, at the hour of 9:00 a.m.

**IT IS SO ORDERED.**

**DATED** this 31 day of May, 2023.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
rschonfeld@cslawoffice.net
Attorney for Defendant