**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-cr-305-GMN-GWF |
| ) | 2:14-cr-353-GMN-GWF |
| SALEUMKIAT KAYARATH, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AMENDED PROPOSED STIPULATION TO CONTINUE THE PRELIMINARY HEARING SCHEDULED FOR JUNE 8, 2023**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney David Kiebler, and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Preliminary Hearing currently scheduled for June 8, 2023, be continued to July 5, 2023 at 1:00 p.m.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. David Kiebler, AUSA has agreed to this request;

4. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Preliminary Hearing to July 5, 2023 at 1:00 p.m.

**DATED** this 2nd day of June, 2023.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ David Kiebler* | */s/ Richard A. Schonfeld* |
| **DAVID KIEBLER, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

. . . .

. . . .

## **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. David Kiebler, AUSA agrees to the continuance;

4 Additionally, denial of this request for continuance would result in a miscarriage of justice;

**IT IS THEREFORE ORDERED** that the Preliminary Hearing currently scheduled for June 8, 2023 at the hour of 1:00 p.m. be continued to July 5, 2023, at the hour of 1:00 p.m.

**IT IS SO ORDERED.**

DATED: June 5, 2023.

_____
**BRENDA WEKSLER**
**U.S. MAGISTRATE JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
rschonfeld@cslawoffice.net
Attorney for Defendant