**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
rschonfeld@cslawoffice.net
Attorney for Defendant, SALEUMKIAT KAYARATH

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:15-cr-305-GMN-GWF |
| | ) | 2:14-cr-353-GMN-GWF |
| SALEUMKIAT KAYARATH, et al. | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE THE HEARING RE REVOCATION OF SUPERVISED RELEASE SCHEDULED FOR JULY 26, 2023 AT 9:00 A.M.**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney David C. Kiebler, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for July 26, 2023, in this matter be vacated and continued for ninety [90] days to a time and date convenient to this Honorable Court, not prior to October 26, 2023.

This Stipulation is entered into for the following reasons:

1. The parties have met and conferred and believe that for judicial economy purposes the revocation proceedings should be continued for a period of 90 days so that the case of *State of Nevada v. Kayarath* C-23-374424-1, which forms the basis for the highest level violation in the

1  Petition, can proceed to disposition.

2.  That Counsel for Defendant has been in communication with Assistant United States Attorney David C. Kiebler and there is no objection to the continuance as outlined above;

3.  The Defendant consents to the continuance being sought herein;

4.  Additionally, denial of this request for continuance would result in a miscarriage of justice;

5.  The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

**DATED** this ___ day of July, 2023.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ David C. Kiebler* | */s/ Richard A. Schonfeld* |
| **DAVID C. KIEBLER, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

## **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. The parties have met and conferred and believe that for judicial economy purposes the revocation proceedings should be continued for a period of 90 days so that the case of *State of Nevada v. Kayarath* C-23-374424-1, which forms the basis for the highest level violation in the Petition, can proceed to disposition;

2. That Counsel for Defendant has been in communication with Assistant United States Attorney David C. Kiebler and there is no objection to the continuance as outlined above;

3. The Defendant consents to the continuance being sought herein;

4. Additionally, denial of this request for continuance would result in a miscarriage of justice;

5. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

. . . .

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for July 26, 2023 at the hour of 9:00 a.m. be continued to 10/31/2023 at 9 AM

**IT IS SO ORDERED**.

**DATED** this  7  day of  July , 2023.

                                                         **GLORIA M. NAVARRO**
                                                         **UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
rschonfeld@cslawoffice.net
Attorney for Defendant